IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 24-cv-08003<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Sheila M. Finnegan** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crye Precision LLC ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendants Name | Line No. |
|---|---|
| Dongli (Shenzhen) Textile Co., Ltd. | 2 |
| Marstime | 23 |
| MJNKHJ | 26 |
| Mlumamme | 27 |
| pen da department store | 36 |
| SanYaHH | 41 |
| Steven Man | 48 |
| Yun Xinda | 77 |

Dated this 10th day of October 2024.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Andrew D. Burnham
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Crye Precision LLC*